## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

JENNIFER LONG, on behalf of herself and others similarly situated

    Plaintiff,

v.                                                                   Case No.  2:10-cv-308-FtM-36DNF

AMI KIDS, INC., doing business as Associated Marine Institute,

    Defendant.
_____/

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Douglas N. Frazier (Doc. 17), filed on November 18, 2010.  In the Report and Recommendation, Judge Frazier recommended that the Joint Motion for Approval of Proposed Settlement Agreement (Doc. 16), filed on November 16, 2010, be adopted.  Neither party has filed a written objection, and the time for doing so has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.  The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

**ACCORDINGLY**, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 17) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Joint Motion for Approval of Proposed Settlement Agreement (Doc.16) is **GRANTED**. The Settlement Agreement (Doc. 16, Ex. 1) is **APPROVED**. This action shall be dismissed with prejudice.

3. The clerk is directed to terminate any pending motions/deadlines, enter judgment accordingly and close this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on December 3, 2010.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Magistrate Judge Douglas N. Frazier
Counsel of Record